UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| CAREEN, INC., | Case No. 26-cv-01986-NW |
| Plaintiffs, | |
| v. | **CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |
| ZEROAVIA, INC., | |
| Defendants. | |

The Court reviewed the joint case-management conference statement and issues this case-management and pretrial order.  June 9, 2026 Case Management Conference is vacated.

The parties have not yet reached an agreement regarding an ADR process.  The parties are ordered to meet and confer within 10 days of this Order to elect either private mediation or court-sponsored mediation, either of which must be completed by no later than February 26, 2027.  If the parties cannot reach an agreement, the parties will be referred to court-sponsored mediation.  The parties shall file a stipulation and order selecting ADR process by Friday, June 12, 2026.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>　　[ ]  Court-sponsored mediation<br>　　[ ]  Court-sponsored ENE<br>　　[ ]  Mag. Judge Settlement Conf.<br>　　[ ]  Private mediation<br>　　[ ]  Private arbitration<br>　　[ ]  Other: | February 26, 2027 |
| Close of Fact Discovery | December 18, 2026 |
| Opening Expert Reports | January 22, 2027 |

United States District Court
Northern District of California

| Rebuttal Expert Reports | February 19, 2027 |
|---|---|
| Close of Expert Discovery | March 12, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: April 02, 2027<br>**Responses**: April 16, 2027<br>**Replies**: April 23, 2027 |
| Status Conference Re: Trial Readiness | April 13, 2027 at 11:00 a.m. |
| Hearing on Dispositive and *Daubert* Motions | May 26, 2027 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | July 07, 2027 |
| Final Pretrial Conference | July 21, 2027 at 2:00 p.m. |
| Trial | August 09, 2027 at 9:00 a.m. |
| Length of trial | 5 days |

**IT IS SO ORDERED.**

Dated: June 3, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California