**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAREEN, INC. D/B/A WINDINGS, INC., a Minnesota Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>ZEROAVIA, INC. a Delaware corporation,<br><br>      Defendant. | Case No. 5:26-cv-1986-NW<br><br>**[PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S COUNTERCLAIM BY TWO WEEKS TO JUNE 22, 2026**<br><br>**Current Deadline:** June 8, 2026<br><br>**Proposed Deadline:** June 22, 2026 |

**[PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S COUNTERCLAIM BY TWO WEEKS TO JUNE 22, 2026**

Having considered the parties' Joint Stipulation Extending Deadline for Plaintiff to Respond to Defendant's Counterclaim Two Weeks to June 22, 2026,

IT IS HEREBY ORDERED that

The deadline for Plaintiff Windings to respond to the Counterclaim is **June 22, 2026**.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: June 9, 2026

_____
The Honorable Judge Noël Wise
United States District Court Judge

- 2 -

**[PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S COUNTERCLAIM BY TWO WEEKS TO JUNE 22, 2026**